**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jessica Stock

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. STOCK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and EARLY WARNING SERVICES, LLC D/B/A ZELLEPAY.COM,<br><br>Defendants. | Case No.: 8:22-cv-00763-DOC-ADS<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE AND FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>HON.  DAVID O. CARTER<br><br>Action Filed:  April 5, 2022<br>Trial Date:     None Set |

JOINT STIPULATION TO CONTINUE HEARING DATE AND FOR BRIEFING SCHEDULE
ON DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No.: 8:22-cv-00763-DOC-ADS

Plaintiff JESSICA STOCK ("Plaintiff") and defendants WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A. ("Wells Fargo Defendants") (together the "Parties"), through their undersigned counsel, hereby respectfully request that the Court continue the hearing date for Wells Fargo Defendants' Motion to Compel Arbitration (Dkt. No. 29) to **September 12, 2022, at 8:30 a.m**. and set a briefing schedule as set forth herein.

In support of this Stipulation, and to support a showing of good cause, Plaintiff and Wells Fargo Defendants state as follows:

WHEREAS, on or about April 5, 2022, Plaintiff filed a complaint in the above-referenced case;

WHEREAS, on May 31, 2022, defendant Early Warning Services, LLC D/B/A Zellepay.Com ("Zelle Defendant") filed a Motion to Dismiss the Complaint (Dkt. No. 23), which is currently set for a hearing on September 12, 2022, at 8:30 a.m. in Courtroom 10A;

WHEREAS, on June 30, 2022, Wells Fargo Defendants filed a Motion to Compel Arbitration (*see* Dkt. No. 29);

WHEREAS, Wells Fargo Defendants' Motion to Compel Arbitration is currently set for a hearing on August 1, 2022 at 8:30 a.m. in Courtroom 10A (*see id*.);

WHEREAS, pursuant to Local Rules 7-9 and 7-10, Plaintiff's current deadline to file an Opposition to Wells Fargo Defendants' Motion to Compel Arbitration is Monday, July 11, 2022, with reply briefing due July 18, 2022;

WHEREAS, given the fourth of July holiday weekend, Plaintiffs are currently only afforded six (6) business days to file an opposition to Wells Fargo Defendants' Motion to Compel Arbitration;

WHEREAS, shortly after Wells Fargo Defendants file their Motion to Compel Arbitration (on June 30, 2022), the Court granted an extension on Wells Fargo Defendants' deadline to respond to the Complaint to July 29, 2022, pursuant to the

- 1 -

JOINT STIPULATION TO CONTINUE HEARING DATE AND FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No.: 8:22-cv-00763-DOC-ADS

Parties' prior stipulations (*see* Dkt. Nos. 20 & 27);

WHEREAS, the Parties request that the Court continue the hearing date for Wells Fargo Defendants' Motion to Compel Arbitration until **September 12, 2022, at 8:30 a.m.** in Courtroom 10A;

WHEREAS, the Parties further request that the Court grant Plaintiff until **July 22, 2022** to file an Opposition to the Motion to Compel Arbitration, and also grant Wells Fargo Defendants until **August 24, 2022** to file their optional Reply in support of the Motion to Compel Arbitration;

WHEREAS, the Parties believe this continuance will allow for a more orderly presentation of the issues before the Court as the requested continued hearing date for Wells Fargo Defendants' Motion to Compel Arbitration would be the same day as the hearing on the Zelle Defendant's Motion to Dismiss;

WHEREAS, this request to continue the hearing on Wells Fargo Defendants' Motion to Compel Arbitration (Dkt. No. 29) and to set a briefing schedule is not sought for purposes of undue delay;

WHEREAS, the Parties do not believe this continuance and briefing schedule will affect other case management deadlines, as the Court has not issued a Scheduling Order (and the Parties' Initial Scheduling Conference is currently set for September 12, 2022, at 8:30 a.m.), and no dates have been set for a pre-trial conference or trial;

NOW THEREFORE, the Parties jointly and respectfully STIPULATE and REQUEST that the Court:

1. Order that Plaintiff file her Opposition to the Motion to Compel Arbitration no later than **July 22, 2022**;
2. Order Wells Fargo Defendants to file their optional Reply in support of the Motion to Compel Arbitration no later than **August 24, 2022;** and,
3. Continue the hearing on Wells Fargo Defendants' Motion to Compel Arbitration (Dkt. No. 29) to **September 12, 2022, at 8:30 a.m.** in

- 2 -

JOINT STIPULATION TO CONTINUE HEARING DATE AND FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No.: 8:22-cv-00763-DOC-ADS



Courtroom 10A.

Dated: July 7, 2022     **KAZEROUNI LAW GROUP, APC**

By: */s/ Jason A. Ibey, Esq.*
      Abbas Kazerounian, Esq.
      Jason A. Ibey, Esq.
      *Attorneys for Plaintiff*

Dated: July 7, 2022     **SEVERSON & WERSON**
                                           **A PROFESSIONAL CORPORATION**

By: */s/ Mark I. Wraight, Esq.*

Mark D. Lonergan (State Bar No. 143622)
mdl@severson.com
Mark I. Wraight (State Bar No. 228303)
miw@severson.com
Rebecca S. Saelao (State Bar No. 222731)
rss@severson.com
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Attorneys for Defendants*
Wells Fargo & Company
and Wells Fargo Bank, N.A.