MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO & COMPANY
and WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. STOCK, SOFIA SIORIS, LUKE HARTSOCK, JERRY WINIARSKI, and TRACY VINCENT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and EARLY WARNING SERVICES, LLC D/B/A ZELLEPAY.COM,<br><br>    Defendants. | Case No. 8:22-cv-00763-DOC-ADS<br><br>Hon. David O. Carter<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS IN RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Action Filed: April 5, 2022<br>Trial Date:    None Set |

   Plaintiffs JESSICA L. STOCK, SOFIA SIORIS, LUKE HARTSOCK, JERRY WINIARSKI, and TRACY VINCENT ("Plaintiffs") and Defendants WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A. ("Wells Fargo Defendants") and Defendant Early Warning Services, LLC ("EWS") (collectively, the "Parties") hereby stipulate as follows:

   WHEREAS, on April 5, 2022, Plaintiff Stock filed a complaint in the above-

referenced case;

WHEREAS, Plaintiffs filed a First Amended Complaint on July 22, 2022;

WHEREAS, pursuant to this Court's Order (Dkt. No. 39), the Wells Fargo Defendants' and EWS's deadline to respond to Plaintiffs' First Amended Complaint is presently September 20, 2022;

WHEREAS, the Wells Fargo Defendants intend to file motions to compel arbitration as to each of the five named Plaintiffs' claims (for a total of five motions to compel), and Plaintiffs intend to oppose each of the five motions to compel arbitration;

WHEREAS, EWS intends to file a motion to dismiss Plaintiffs' First Amended Complaint and reserves all rights to move to compel arbitration and/or to join the Wells Fargo Defendants' forthcoming motions to compel arbitration once filed;

WHEREAS, the Parties have agreed, subject to this Court's approval, to a briefing schedule to govern Defendants' respective motions, in order to provide the Parties and the Court with an orderly briefing schedule and sufficient time regarding the motions;

WHEREAS, no other deadlines will be affected by this stipulation;

WHEREFORE, subject to this Court's approval, the Parties stipulate as follows:

1. The Wells Fargo Defendants' deadline to answer, move, or otherwise respond to the First Amended Complaint shall be extended to September 27, 2022, by which date, if the date is approved by the Court, the Wells Fargo Defendants intend to file separate motions to compel arbitration as to each of the five named Plaintiffs' claims;

2. EWS will file its motion to dismiss Plaintiffs' First Amended Complaint by the existing September 20, 2022 deadline. In the event EWS decides

to join the Wells Fargo Defendants' forthcoming motions to compel arbitration, EWS will do so on or before October 11, 2022;

3. Plaintiffs' Oppositions to the motions filed by EWS and the Wells Fargo Defendants shall be due by November 4, 2022;

4. Plaintiffs' Opposition to EWS' joinder, if any, to the Wells Fargo Defendants' Motions shall be due by November 11, 2022;

5. Defendants' Replies in support of their respective motions shall be due by November 18, 2022;

6. The Wells Fargo Defendants shall notice their motions to compel arbitration for hearing on December 5, 2022;

7. EWS shall notice its motion to dismiss for hearing on December 12, 2022;

8. This stipulation will not affect any other deadlines in this case;

9. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer of this joint stipulation, Rebecca S. Saelao, attests that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 16, 2022         SEVERSON & WERSON
                                  A Professional Corporation

                                  By: _/s/ Rebecca S. Saelao_
                                          REBECCA S. SAELAO
                                  Attorneys for Defendants WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

DATED: September 16, 2022         KAZEROUNI LAW GROUP, APC

                                  By: _/s/ Jason A. Ibey_

|   |   |   |
|---|---|---|
| | | JASON A. IBEY |
| | | ABBAS KAZEROUNIAN |
| | | Attorneys for Plaintiffs STOCK and SIORIS |
| DATED: September 16, 2022 | | KELLER ROHRBACK LLP |
| | By: | */s/ Laura Gerber* |
| | | LAURA GERBER |
| | | Attorneys for Plaintiffs HARTSOCK and WINIARSKI |
| DATED: September 16, 2022 | | SAUDER SCHELKOPF LLC & KAZEROUNI LAW GROUP, APC |
| | By: | */s/ Jason A. Ibey* |
| | | JOSEPH G. SAUDER |
| | | ABBAS KAZEROUNIAN |
| | | JASON A. IBEY |
| | | Attorneys for Plaintiff Vincent |
| DATED: September 16, 2022 | | STROOCK & STROOCK & LAVAN LLP |
| | By: | */s/ Christopher R. Fredrich* |
| | | CHRISTOPHER R. FREDRICH |
| | | Attorneys for Defendant EARLY WARNING SERVICES, LLC |