UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 22-00763-DOC-(ADSx)          Date: December 12, 2022

Title: Jessica L. Stock v. Wells Fargo and Company, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Seyed Kazerounian, Derek Loeser, Gil Melili, Jason Ibey, Laura Gerber, Nathan Nanfelt, Pamela Erin Prescott, Joseph G. Sauder | Christopher R. Fredrich, Julia Strickland, David W Moon |

**PROCEEDINGS:** DEFT.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [52]
DEFT.'S MOTION TO COMPEL ARBITRATION [54 - 58]

The case is called.

Defendant's Motion to Dismiss First Amended Complaint [52] is held in abeyance pending the Court's ruling on motions to compel.

The Court orders simultaneous supplemental briefings re Defendant's Motions to Compel Arbitration [54 - 58] due on or before December 16, 2022.

: 30

Initials of Deputy Clerk: kdu