**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSICA L. STOCK, SOFIA SIORIS, LUKE HARTSOCK, JERRY WINIARSKI, and TRACY VINCENT Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and EARLY WARNING SERVICES, LLC D/B/A ZELLEPAY.COM,**<br><br>Defendants. | **Case No.:** 8:22-cv-00763-DOC-ADS<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Judge**: Hon. David O. Carter |

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTIES:**

PLEASE TAKE NOTICE that plaintiffs Jessica L. Stock, Sofia Sioris, Luke Hartsock, Jerry Winiarski, and Tracy Vincent (together, the "Plaintiffs") and defendants Wells Fargo & Company; defendant Wells Fargo Bank, N.A.; and Early Warning Services, LLC (together, the "Defendants") (collectively the "Parties") have reached a global settlement of this matter on an individual basis only.

Accordingly, Plaintiffs respectfully request that the Court afford the Parties through September 11, 2023, to file finalize their settlement agreement and file a joint stipulation to dismiss the lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 11, 2023                         Respectfully Submitted,

                                                             **KAZEROUNI LAW GROUP, APC**

                                                             By: */s/ Jason A. Ibey, Esq.*
                                                                  Jason A. Ibey, Esq.
                                                                  *Attorneys for Plaintiffs*