**KAZEROUNI LAW GROUP APC**
Abbas Kazerounian (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808

**KELLER ROHRBACK L.L.P.**
Laura R. Gerber (*pro hac vice*)
lgerber@kellerrohrback.com
1201 Third Ave, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900

***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JESSICA L. STOCK, SOFIA SIORIS, LUKE HARTSOCK, JERRY WINIARSKI, and TRACY VINCENT, Individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and EARLY WARNING SERVICES, LLC d/b/a ZELLEPAY.COM,

Defendants.

No. 8:22-cv-00763-DOC-ADS

**STATUS UPDATE REGARDING SETTLEMENT ON AN INDIVIDUAL BASIS**

Action Filed: April 5, 2022
Judge: Hon. David O. Carter

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTIES:**

Pursuant to Dkt. No. 96, the parties reached a global settlement of this matter on an individual basis and notified the Court on August 11, 2023.

The Parties previously requested the Court afford them through September 11, 2023, to finalize their settlement agreements and file a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties have been working diligently since August 11, 2023, to finalize the five individual settlement agreements, and have made progress, however, in light of the need to resolve the claims of five plaintiffs in California and three other states, the parties require additional time to complete the process.

Accordingly, Plaintiffs respectfully request that the Court afford the Parties through October 11, 2023, to finalize their settlement agreements and to file a joint stipulation to dismiss the lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: September 12, 2023

**KELLER ROHRBACK L.L.P.**

By: *s/ Laura R. Gerber*

Laura R. Gerber (*pro hac vice*)
lgerber@kellerrohrback.com
Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Nathan L. Nanfelt (*pro hac vice*)
nnanfelt@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Laura R. Gerber*