# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. STOCK, SOFIA SIORIS, LUKE HARTSOCK, JERRY WINIARSKI, and TRACY VINCENT, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and EARLY WARNING SERVICES, LLC D/B/A ZELLEPAY.COM,<br><br>        Defendants. | Case No. 8:22-cv-00763-DOC-ADS<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Action Filed:  April 5, 2022 |

Having considered the Stipulation To Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause, the Court hereby GRANTS the stipulation and ORDERS as follows:

1) The action is dismissed in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members; and

2) The Parties shall each bear its/their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  October 27, 2023

                                Hon. David O. Carter
                           United States District Judge